1048

[No. 58487-1-I. Division One. May 21, 2007.]

MARKEL AMERICAN INSURANCE COMPANY, *Appellant*, v. DAGMAR'S MARINA, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-12528-2, Eric Z. Lucas, J., entered July 6, 2006. *Reversed* and *remanded* by unpublished opinion per Coleman, J., concurred in by Ellington and Dwyer, JJ. Now published at 139 Wn. App. 469.

[No. 58524-0-I. Division One. May 21, 2007.]

ISLAND SPRING, INC., *Appellant*, v. KEYSTONE-ARGONAUT, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-20567-9, Richard D. Eadie, J., entered July 5, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Dwyer, JJ.

[No. 33731-2-II. Division Two. May 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDEN JAMES HARVILL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-00713-1, James E. Warme, J., entered August 25, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 34115-8-II. Division Two. May 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTAL DIANE GIOVANNONI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-02230-4, John F. Nichols, J., entered November 4, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.